IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NOVELL, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-97-2326 |
| | § | |
| CPU DISTRIBUTING, INC., *et al.*, | § | |
| Defendants. | § | |

## ORDER

IT IS HEREBY **ORDERED** that the Memorandum and Order entered May 4, 2000 [Doc. # 130] and the Memorandum and Order entered May 15, 2000 [Doc. # 131] are **VACATED**.

SIGNED in Houston, Texas, this 24th day of August, 2000.

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

136

P:\ORDERS\1-1997\2326WDRW OPS  000823.1721